| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) PRATT, ROBERT W. | 2. Court or Organization US DISTRICT COURT - SO IOWA | 3. Date of Report 05/05/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT COURT JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address US COURTHOUSE 123 E. WALNUT STREET DES MOINES, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 MAY 19 A 10:04 RECEIVED

Pratt_Robert_W

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Michigan Law School American Constitution Chapter | 1/17/08 | Ann Arbor, MI | Speaking engagement | Transportation, Lodging and Meals |
| 2. | Penn Law School American Constitution Chapter | 1/31/08 | Philadelphia, PA | Student seminar | Transportation, Lodging and Meals |
| 3. | Touro Law School | 10/15/08 | Long Island, NY | Panel Participant | Transportation, Lodging and Meals |
| 4. | American Constitution Society | 6/12/08 - 6/13/08 | Washington, DC | Annual Convention | Transportation, Lodging and Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | J | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 4. MS EMERGING MKTS DOMESTIC D EBT | D | Dividend | K | T | Buy (add'l) | 1/7 | J | | |
| 5. MS EMERGING MKTS DOMESTIC D EBT | A | Dividend | | | Buy (add'l) | 4/15 | J | | |
| 6. MS EMERGING MKTS DOMESTIC D EBT | A | Dividend | | | Buy (add'l) | 7/15 | J | | |
| 7. MS EMERGING MKTS DOMESTIC D EBT | A | Dividend | | | Buy (add'l) | 10/15 | J | | |
| 8. WINONA CNTY MINN CAP IMPT PLAN SER-A 3.600% | A | Interest | K | T | | | | | |
| 9. WESTERN DUBUQUE CO SD 3200 | A | Interest | K | T | | | | | |
| 10. WICHITA KS GENL OBLIG SER 769 UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 11. SIOUX CITY IOWA GEN OBLIG UNLTD TAX 3.500% | B | Interest | L | T | | | | | |
| 12. WEST DES MOINES IOWA GEN OBLIG SER-C 3.600% | A | Interest | J | T | | | | | |
| 13. WEST DES MOINES GO 3250 | A | Interest | J | T | | | | | |
| 14. CONNECTICUT ST HLTH EDL FACS A UTH UIV HARTFORD SER-E 4.000 | A | Interest | K | T | | | | | |
| 15. NYC GO SER-A 3000 | B | Interest | L | T | | | | | |
| 16. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D 5150 | A | Interest | J | T | Sold (part) | 1/31 | J | | |
| 17. KANSAS ST DEPT TRANSN HWY REV SER-A 4800 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROWN CNTY WISC GENL OBLIG ARP T IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 19. IOWA ST UNIV SCIENCE TECH REV REF UTIL 4150 | B | Interest | K | T | | | | | |
| 20. OMAHA NE ARPT AUTH ARPT REV RE F-FACS 4.000% | A | Interest | J | T | | | | | |
| 21. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 22. IOWA CITY IA COMM SCH DIST 3000 | A | Interest | J | T | | | | | |
| 23. FLA HSG FIN CORP SER F 3400 | A | Interest | K | T | | | | | |
| 24. IA ST UNIV SCI & TECH 3300 | A | Interest | K | T | | | | | |
| 25. PUERTO RICO ELEC PWR AUTH SER SS 3300 | A | Interest | K | T | | | | | |
| 26. CENTRAL VALLEY SCH DIST ZERO | A | Interest | K | T | | | | | |
| 27. ILL ST CLG SVGS ZERO | A | Interest | J | T | | | | | |
| 28. BROWN CNTY WISC GENL OBLIG ARP T IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 29. PARIS TX GEN OBLIG 4000 | A | Interest | K | T | | | | | |
| 30. GLENCOE ILL GENL OBLIG BK QUAL UNLTD TAX 4.100% | B | Interest | K | T | | | | | |
| 31. BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | K | T | | | | | |
| 32. UNIV CONN REV SER A ZERO | A | Interest | ·J· | T | | | | | |
| 33. WASHINGTON CNTY WISC GENL OBLI G PROM NTS 4.000% | A | Interest | K | T | | | | | |
| 34. WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ALTOONA IA GO 3250 | A | Interest | K | T | | | | | |
| 36. WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | B | Interest | L | T | | | | | |
| 37. BOYDEN HULL IOWA CMNTY SCH DIST 4.300% | A | Interest | K | T | | | | | |
| 38. PR HWYS TRANS 3400 | A | Interest | K | T | | | | | |
| 39. ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |
| 40. PALM BEACH CNTY FL SCH BRD CTFS PARTN REV SER-A 4.000% | A | Interest | K | T | | | | | |
| 41. OREGON ST DEPT ADMIN SVCS SALE M OREGON SER-C 4.000% | A | Interest | K | T | | | | | |
| 42. AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 43. SCHILLER PARK ILL GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 44. FULTON PEORIA & KNOX COS ILL S CH DIST ZERO CPN | A | Interest | L | T | Buy | 2/8 | L | | |
| 45. MADISON WISC SWR-A 3125 | B | Interest | L | T | | | | | |
| 46. TACOMA PUB UTIL LIGHT & PWR 3700 | A | Interest | J | T | | | | | |
| 47. SHAKOPEE IMPT BE 4.000% | A | Interest | K | T | | | | | |
| 48. INKSTER MI GEN OBLIG 4000 | C | Interest | L | T | | | | | |
| 49. PASCO WA GEN OBLIG 3750 | A | Interest | J | T | | | | | |
| 50. W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 51. ODESSA TX HSG FIN CORP ZERO CO UPON | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IA ST UNIV SCI & TECH 3500 | C | Interest | L | T | | | | | |
| 53. MINN HIGHER EDUC FACS AUTH 3625 | A | Interest | J | T | | | | | |
| 54. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | J | T | | | | | |
| 55. SCHILLER PARK ILL GO-C BE 4.000% | B | Interest | L | T | | | | | |
| 56. DOUGLAS CO COLO SCH DIST 1 ZERO | A | Interest | K | T | | | | | |
| 57. WASH CTY UTAH SCH DIST 4000 | A | Interest | J | T | | | | | |
| 58. WRIGHT ST UNIV 3500 | A | Interest | J | T | | | | | |
| 59. WASH ST GEN OBLIG MOTOR VEH FU EL TAX ZERO | A | Interest | K | T | | | | | |
| 60. LOUISIANNA ST GO GULF OPP 4000 | A | Interest | J | T | | | | | |
| 61. E-470 PUB HWY AUTH COLO ZERO | A | Interest | L | T | | | | | |
| 62. ALASKA ST INTL AIRPORTS 4000 | B | Interest | K | T | | | | | |
| 63. METRO WASH DC AIRPORT AUTH 412 5 | A | Interest | J | T | | | | | |
| 64. MODESTO CA IRR DIST 4000 | A | Interest | K | T | | | | | |
| 65. WILL CNTY ILL SCH DIST NO 122 ZER O | A | Interest | J | T | | | | | |
| 66. FAYETTE CNTY KY SCH DIST 3375 | A | Interest | J | T | | | | | |
| 67. LAKE CNTY ILL CMNTY SCH DIST NO 050 ZERO | A | Interest | L | T | | | | | |
| 68. DENVER CO CONV CTR HOTEL 4000 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FLORIDA ST BRD ED FL INTL UNIV 37 50 | A | Interest | J | T | Buy | 12/1 | J | | |
| 70. WALLA WALLA WASH WATER & WA STE 3625 | C | Interest | L | T | | | | | |
| 71. VIRGINIA HSG DEV COMWLTH SER A 4250 | B | Interest | K | T | | | | | |
| 72. APOPKA FLA UTIL SYS REF IMPT 4200 | A | Interest | J | T | Buy | 12/1 | J | | |
| 73. POWAY CALIF UNI SCH DIST SPL TAX 4000 | B | Interest | L | T | Buy | 12/2 | K | | |
| 74. RIVERSIDE CNTY PALM DESERT CA FIN AUTH 3900 | A | Interest | J | T | Buy | 12/1 | J | | |
| 75. DES MOINES STORM WATER 4200 | B | Interest | L | T | | | | | |
| 76. STATE UNIV IOWA REC FACS 4000 | A | Interest | K | T | | | | | |
| 77. ALASKA ST HSG FIN CORP 4250 | C | Interest | L | T | | | | | |
| 78. MIAMI DADE CNTY FL EXPWY AUTH TOLL SYS 4250 | A | Interest | J | T | Buy | 12/23 | J | | |
| 79. UNIV NORTHN IA STUDENT UNION S ER UNI 4.800% | B | Interest | K | T | | | | | |
| 80. JEA FLA WTR & SWR SYS REV 4400 | B | Interest | K | T | Buy | 12/1 | K | | |
| 81. STATE UNIV IOWA UTIL SYS 4000 | A | Interest | K | T | | | | | |
| 82. WYLIE CITY TEX COMB TAX REV 4000 | A | Interest | K | T | Buy | 8/26 | K | | |
| 83. DES MOINES IOWA STORMWATER 450 0 | C | Interest | M | T | | | | | |
| 84. ANKENY IA COMM SCH DIST 4000 | B | Interest | L | T | | | | | |
| 85. WYLIE CITY TEX COMB TAX REV 4000 | A | Interest | J | T | Buy | 8/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. STERLING HEIGHTS MICH TRANS FD 4000 | A | Interest | K | T | Buy | 8/7 | K | | |
| 87. IOWA ST UNIV SCIENCE & TECH 4000 | A | Interest | J | T | | | | | |
| 88. FLORIDA ST DEPT ENVIRONMENTAL PROTN PRES 5000 | B | Interest | L | T | Buy | 12/23 | L | | |
| 89. CLARK CNTY NEV BOND BK 5000 | B | Interest | L | T | Buy | 12/23 | K | | |
| 90. ALASKA ST INTL ARPTS SYS 5000 | A | Interest | J | T | Buy | 10/28 | J | | |
| 91. TENNESSEE ENERGY ACQUISITION CORP GAS REV 5000 | B | Interest | K | T | Buy | 5/8 | K | | |
| 92. UNIVERSITY WASH UNIV REV 4500 | B | Interest | K | T | Buy | 5/8 | K | | |
| 93. COLUMBUS OHIO SWR REV 4500 | B | Interest | K | T | Buy | 3/6 | K | | |
| 94. IOWA ST UNIV ACADEMIC BLDG 4375 | C | Interest | L | T | Buy | 3/4 | M | | |
| 95. WEST DES MOINES URBAN RENEWAL 3000 | A | Interest | | | Sold | 6/2 | J | | |
| 96. ALASKA HSG FIN CORP HSG DEV SER-B 3.550% | A | Interest | | | Sold | 12/1 | K | | |
| 97. COOK CO IL FST PRESV DIST REF SER -A 3.625% | A | Interest | | | Sold | 12/15 | K | | |
| 98. DES MOINES IA STORMWATER 3000 | A | Interest | | | Sold | 6/2 | K | | |
| 99. FHLB 4750 | A | Interest | | | Sold | 1/22 | L | | |
| 100. FHLB 4875 | A | Interest | | | Sold | 2/7 | L | | |
| 101. FHLMC MED TERM NOTE 4000 | A | Interest | | | Sold | 12/23 | K | | |
| 102. GMAC 5250 | A | Interest | | | Sold | 4/15 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LAKEWAY MUN UTIL DIST TX ZERO COUPON | A | Interest | | | Sold | 9/2 | L | | |
| 104. IOWA ST BRD REGENTS AUD REV ST UNIV OF IOWA 5600 | A | Interest | | | Sold | 7/1 | K | | |
| 105. LITTLE ELM TEX ISD | A | Interest | | | Sold | 8/15 | J | | |
| 106. NORTH DAKOTA ST HSG FIN AGY MT G 5250 | A | Interest | | | Sold | 7/1 | K | | |
| 107. OREGON ST ELDERLY & DISABLED H SG SER-A 2.750% | A | Interest | | | Sold | 8/1 | K | | |
| 108. SNOHOMISH & ISLAND COUNTY WA S CHOOL DISTRICT-401 4100 | A | Interest | | | Sold | 12/15 | J | | |
| 109. UNIV KENTUCKY 2ND SER 2625 | A | Interest | | | Sold | 5/1 | J | | |
| 110. WESTMINSTER CO SALES & USE 4000 | A | Interest | | | Sold | 12/1 | K | | |
| 111. WITCHITA KS GENL OBLIG SER 769 UNLTD TAX 3.600% | A | Interest | | | Sold | 6/2 | K | | |
| 112. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 113. MORGAN STANLEY BANK | A | Interest | M | T | | | | | |
| 114. MS EMERGING MKTS DOMESTIC D EBT | B | Dividend | J | T | | | | | |
| 115. PLUS ON DOW JONES INDUSTRIAL A VG | A | Dividend | J | T | Buy | 4/30 | K | | |
| 116. PLUS ON ISHARES EEM FUND | A | Dividend | J | T | Buy | 6/30 | J | | |
| 117. PLUS ON ISHARES MSCI EAFE INDEX | A | Dividend | K | T | | | | | |
| 118. PLUS ON S&P 500 INDEX | A | Dividend | K | T | | | | | |
| 119. BANK OF AMERICA CORP 7250 | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CREDIT SUISSE GU 7900 | A | Dividend | J | T | Buy | 3/28 | J | | |
| 121. DB CAPITAL FUNDING X 7350 | A | Dividend | J | T | | | | | |
| 122. HSBC HOLDINGS PLC 8125 | B | Dividend | J | T | Buy | 4/9 | J | | |
| 123. ING GROEP NV 7375 | A | Dividend | J | T | | | | | |
| 124. AT&T CORP 6.000% | B | Interest | K | T | | | | | |
| 125. GMAC 5625 | B | Interest | K | T | | | | | |
| 126. COMMODITY JUMP CPN BY MS ZERO CPN | A | Interest | K | T | | | | | |
| 127. FORD MOTOR CREDIT 5850 | C | Interest | K | T | | | | | |
| 128. AMERICAN EXPRESS 5875 | C | Interest | K | T | Buy | 9/2 | K | | |
| 129. DOW CHEMICAL CORP 7250 | B | Interest | K | T | Buy | 11/14 | K | | |
| 130. DUAL PARTICIPATION COMMODITY ZERO CPN | A | Interest | J | T | Buy | 6/30 | J | | |
| 131. MORGAN STANLEY 6000 | A | Interest | J | T | Buy | 4/14 | J | | |
| 132. GMAC 7375 | B | Interest | J | T | | | | | |
| 133. AMERICAN INTL GROUP 7700 | A | Interest | J | T | | | | | |
| 134. WACHOVIA CAPITAL TRUST X 7850 | A | Interest | J | T | | | | | |
| 135. WELLS FARGO CAPITAL XII 7875 | A | Interest | J | T | Buy | 3/12 | J | | |
| 136. FED FARM CR BK 4900 | B | Interest | L | T | Buy | 2/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MORGAN STANLEY BANK S&P 500 CD ZERO COUPON | A | Interest | K | T | | | | | |
| 138. JP MORGAN S&P 500 EQUITY CD ZERO COUPON | A | Interest | K | T | | | | | |
| 139. CAPMARK BANK MIDVALE UT CD 505 0 | C | Interest | L | T | Buy | 8/13 | K | | |
| 140. WELLS FARGO BK ZERO CPN | A | Interest | J | T | Buy | 4/30 | J | | |
| 141. WAMU FSB 3200 | A | Interest | | | Buy | 4/10 | K | | |
| 142. WAMU FSB 3200 | | None | | | Sold | 7/10 | K | | |
| 143. WASHINGTON MUTUAL BANK CD 4 750 | A | Interest | | | Sold | 5/30 | L | | |
| 144. ALTRIA GROUP INC 5625 | A | Interest | | | Sold | 3/5 | K | | |
| 145. FHLMC MTN 5000 | A | Interest | | | Sold | 12/31 | K | | |
| 146. FNMA 4500 | A | Interest | | | Sold | 1/28 | K | | |
| 147. FNMA 4500 | A | Interest | | | Sold | 2/1 | K | | |
| 148. GMAC 5250 | A | Interest | | | Sold | 4/15 | K | | |
| 149. HARTFORD LIFE GLOB FUNDS NOTES 5500 | A | Interest | | | Sold | 5/15 | K | | |
| 150. MORGAN STANLEY CHINA A FD INC | A | Dividend | | | Sold | 1/9 | J | | |
| 151. PLUS ON RUSSELL 2000 INDEX FD | A | Dividend | | | Sold | 12/22 | K | | |
| 152. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 153. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. AT&T INC | A | Dividend | J | T | Buy | 3/7 | J | | |
| 155. BOEING CO | A | Dividend | J | T | | | | | |
| 156. DWS DREMAN VALUE INC EDGE FUND | A | Dividend | J | T | | | | | |
| 157. GENERAL ELECTRIC CO | A | Dividend | J | T | Buy | 3/6 | J | | |
| 158. ISHARES S&P 100 INDEX FD | A | Dividend | J | T | Buy | 1/11 | J | | |
| 159. PLUS ON TR FTSE/XINHUA CHINA | A | Dividend | J | T | Sold (part) | 1/9 | J | | |
| 160. PHARMACEUTICAL HOLDERS TR | A | Dividend | K | T | | | | | |
| 161. PROCTOR & GAMBLE | A | Dividend | J | T | Buy | 1/18 | J | | |
| 162. STANDARD & POORS MIDCAP 400 | B | Dividend | L | T | | | | | |
| 163. 3M COMPANY | A | Dividend | J | T | Buy | 1/14 | J | | |
| 164. 3M COMPANY | A | Dividend | | | Buy (add'l) | 7/2 | J | | |
| 165. AEGON NV 7250 | A | Dividend | J | T | | | | | |
| 166. PUBLIC STORAGE 7000 | B | Dividend | K | T | | | | | |
| 167. ROYAL BK SCOTLAND GP 7250 | A | Dividend | J | T | | | | | |
| 168. ML PFD CAP TRUST III 7375 | A | Interest | J | T | | | | | |
| 169. CITIGROUP CAP XIX 7250 | A | Interest | J | T | | | | | |
| 170. MONSANTO CO | A | Dividend | | | Buy | 1/23 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  MONSANTO CO | | None | | | Sold | 1/24 | J | | |
| 172.  MORGAN STANLEY DEAN WITTER IRA #3: | | | | | | | | | |
| 173.  ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/05/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544